MICHAEL MICHEL, Appellant, v. JOHN APOSTLE, Also Known as JOHN APOSTOLAKIS, Respondent.— In an action to recover damages for breach of contract, plaintiff appeals from an order dismissing the first cause of action set forth in the amended complaint, on the ground that it does not state facts

sufficient to constitute a cause of action. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ., concur.